WESTERN UNION TELEGRAPH COMPANY, APPELLANT, v.
   BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL.,
   RESPONDENTS.

Argued January 4, 1917—Decided October 11, 1917.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"In this case there are eleven reasons presented to the
court for setting aside the order made by the board of public
utility commissioners. They are in the main identical with
the reasons presented by the prosecutor, the Passaic Water
Company, except an additional reason, viz., the order is in-
valid, because it imposes a burden upon the interstate traffic
of the prosecutor, interferes with and impairs its ability to
perform its duty as a common carrier of such traffic.

"They are, however, argued under five points in prosecutor's
brief. The first four points are constitutional questions, all
of which are disposed of in the opinion of the court in the
case of Erie Railroad Co. v. Board of Public Utility Commis-
sioners.

"The fifth point is, the order is invalid, stating six reasons;
these, also, have been disposed of in the opinion of the court
in the case of Erie Railroad Co. v. Board of Public Utility
Commissioners. They need no further discussion.

"The order under review will be affirmed, with costs."

For the appellant, *Collins & Corbin.*

For the respondents, *L. Edward Herrmann* and *Frank H.
Sommer.*

PER CURIAM.

The judgment under review will be affirmed, for the rea-
sons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, KALISCH, WHITE, WILLIAMS, TAYLOR, GARDNER, JJ.   7.

*For reversal*—THE CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, HEPPENHEIMER, JJ.   5.